IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AIR TRANSPORT ASSOCIATION OF
AMERICA, INC., dba AIRLINES FOR
AMERICA,

        Plaintiff,

   v.

MICHAEL J. JORDAN, in his official capacity
as Director of the Bureau of Environmental
Services of the City of Portland, Oregon, et al,

        Defendants.

No. 3:16-cv-00230-HZ

JUDGMENT

HERNÁNDEZ, District Judge:

    Based on the record, it is ORDERED AND ADJUDGED that this case is dismissed with prejudice.

    DATED this   1st   day of June, 2016.

                           */s/ Marco Hernández*
                           MARCO A. HERNÁNDEZ
                           United States District Judge

1 – JUDGMENT